DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
HENRY L. CHI
Special Assistant United States Attorney
California State Bar No. 265009
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 977-8953
Fax: (415) 744-0134
henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM M. POREMBA,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | CIVIL NO. 2:13-cv-00081-JCM-NJK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to obtain additional evidence related to the period prior to the date last insured; further evaluate the medical source opinions; reassess the residual functional capacity; and obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the

i

claimant's occupational base (Social Security Ruling 83-14), identifying and resolving any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles (DOT) and its companion publication, the Selected Characteristics of Occupations (Social Security Ruling 00-4p).

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

DANIEL G. BODGEN
United States Attorney

Dated: March 24, 2014

By: */s/ Henry L. Chi*
Henry L. Chi
Special Assistant United States Attorney
Attorneys for Defendant

ROHLFING & KALAGIAN, LLP

Dated: April 30, 2014

By: */s/ Marc V. Kalagian*
(by email authorization on April 30, 2014)
Marc V. Kalagian
Attorney for Plaintiff

IT IS SO ORDERED:

DATED: May 13, 2014

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

ii