```
DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
HENRY L. CHI
Special Assistant United States Attorney
California State Bar No. 265009
160 Spear Street, Suite 800
San Francisco, California  94105
Tel: (415) 977-8953
Fax: (415) 744-0134
henry.chi@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM M. POREMBA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:13-cv-00081-JCM-NJK<br><br>**ORDER OF REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

            Respectfully submitted,

            IT IS SO ORDERED:

DATED: May 13, 2014

            _____
            HON. NANCY J. KOPPE
            UNITED STATES MAGISTRATE JUDGE