# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM M. POREMBA,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:13-cv-0081-JCM-NJK<br><br>**ORDER** |

    Pending before the Court is Plaintiff's Motion to Remand to Social Security Administration. Docket No. 25. On May 12, 2014, the Parties filed a Stipulation to Voluntary Remand, Docket No. 30, which the Court today approves by separate Order. In light of the foregoing, Plaintiff's Motion to Remand is hereby **DENIED** as moot.

    IT IS SO ORDERED

    DATED: May 13, 2014.

                                                      _____<br>
                                                      NANCY J. KOPPE<br>
                                                      United States Magistrate Judge