DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
HENRY L. CHI
Special Assistant United States Attorney
California State Bar No. 265009
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 977-8953
Fax: (415) 744-0134
henry.chi@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM M. POREMBA, ) | CIVIL NO. 2:13-cv-00081-JCM-NJK |
| Plaintiff, ) | |
| vs. ) | **JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

IT IS SO ORDERED:

DATED: May 13, 2014

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE